# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **VAUDRAL LUXAMA, et al.,** | Civil Action No.: 11-2224 (ES) |
| Plaintiffs, | |
| v. | **ORDER** |
| **IRONBOUND EXPRESS, INC., et al.,** | |
| Defendants. | |

This matter having come before the Court upon the motion of Defendants—Ironbound Express, Inc., Ironbound Industrial Industries, Inc., Danny Lastra, and Frank Borland—seeking dismissal of Vaudral Luxama, Chandler Luxeus, Javier R. Garcia, Fredo Bonohomme, Santos Maldonado, and Chanel Fontin's (collectively "Plaintiffs") Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), [Docket Entry No. 65]; and the Court having considered the parties' submissions; and for good cause shown;

IT IS on this **28th** day of **June, 2012,** hereby

ORDERED that Defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) is granted; and it is further

ORDERED that Plaintiffs' motion for class certification pursuant to 29 U.S.C. § 216(b), (Docket Entry No. 46), and Defendants' cross motion to invalidate consent forms submitted by potential class plaintiffs, (Docket Entry No. 47), are hereby moot; and it is further

ORDERED that Plaintiffs shall have 30 days from the date of this Order to file an amended complaint in accordance with this Court's Opinion; and it is further

ORDERED that the Clerk of Court shall terminate Docket Entry Nos. 65, 46, and 47.

*s/ Esther Salas*
**Esther Salas, U.S.D.J.**
